UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

HAKAN DURANTAS on behalf of himself and all others similarly situated,

            Plaintiffs,

-against-

MANHATTAN COGNITIVE-BEHAVIORAL THERPAY/PSYCHOLOGY, PLLC,

            Defendant.

Case No: 1:23-cv-9384

**STIPULATION OF DISMISSAL**

11.1.2024

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:    Hicksville, New York
            October 31, 2024

| **Mars Khaimov Law, PLLC** | **Law Offices of Nolan Klein P.A.** |
|---|---|
| By: */s/ Mars Khaimov* | By: */s/ Nolan Klein* |
| Mars Khaimov, Esq. | Nolan Klein, Esq. |
| 100 Duffy Ave., Suite 510 | 5550 Glades Rd. |
| Hicksville, New York 11801 | Boca Raton, FL 33431 |
| mars@khaimovlaw.com | klein@nklegal.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |